IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendant. | Case No. 26-cv-01626 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| GuangZhouGanLuoKeJiYouXianGongSi | 12 |
| Hanhannvshi | 14 |
| LADY GO | 20 |
| LIANGSS | 21 |
| MXMYSSY | 22 |
| peilifushi | 23 |
| TuShunShun Art | 32 |
| YunTu Home | 36 |
| Alike For Everyone | 48 |
| Gueyx | 58 |

Dated this 12th day of March 2026.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Harley-Davidson Motor Company, Inc.*