**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> A24STW2JFRS97P, et al., <br><br> Defendants. | Case No. 26-cv-01626 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Maria Valdez** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| bloom of youth | 9 |
| summoriSHOP | 29 |
| Sunflower Fashion Local | 54 |
| CHeNGjiA | 56 |
| huofengshangmao | 60 |

Dated this 25th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Harley-Davidson Motor
Company, Inc.*

2