**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A24STW2JFRS97P, et al.,<br><br>　　　　Defendants. | Case No. 26-cv-01626<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Maria Valdez** |

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| AUIWJFND | 6 |
| guoaoxiu72 | 13 |
| JUCIPAY | 19 |
| Pit-Pat | 24 |
| QStnology | 27 |
| Yanshan Creations | 34 |
| YMSZ | 35 |
| congcongdianzi | 57 |

Dated this 2nd day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Harley-Davidson Motor Company, Inc.*

2